IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BUFF CITY SOAP, LLC, ET AL.                                              PLAINTIFFS

v.                                             CIVIL ACTION NO. 3:20cv055-NBB-RP

MAGEN BYNUM, ET AL.
    DEFENDANTS

## JUDGMENT DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been informed by counsel that this case has been settled or is in the process of being settled. It is therefore not necessary that the case remain upon the calendar of the court.

**IT IS THEREFORE ORDERED** that the above styled and numbered case is **DISMISSED without prejudice**.

**THIS**, the 18th day of May, 2022.

    /s/ Neal Biggers
    **NEAL B. BIGGERS, JR.**
    **UNITED STATES DISTRICT JUDGE**